## Frank C. Strickland et al., Appellees, v. Chester A. Sankiewicz, Appellant.

### Gen. No. 6,444.   (Not to be reported in full.)

Appeal from the Circuit Court of Lake county; the Hon. CLAIRE C. EDWARDS, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded with directions. Opinion filed August 7, 1917.

### Statement of the Case.

Action by Frank C. Strickland and others, plaintiffs, against Chester A. Sankiewicz, defendant. From a judgment for plaintiffs for $766.66 debt and $416.66 damages, defendant appeals.

P. L. JORGENSON, for appellant; MAX PRZYBORSKI, of counsel.

STEPHEN H. KENNEDY, for appellees; ELAM L. CLARKE, of counsel.

MR. JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1122*—*when case dismissed because of defective abstract.* Where an abstract fails to contain process, pleadings, interlocutory order, judgment, prayer or order of appeal, leave to file bill of exceptions, appeal bond, or the first part of bill of exceptions, the appeal should be dismissed.

2. DEBT, ACTION OF, § 17*—*when judgment is improper in form.* A judgment, in an action of debt, for both debt and damages and costs and that plaintiff have execution therefor is erroneous, and should be that debt be satisfied upon payment of damages and that execution issue only for damages and costs.

3. COSTS, § 68*—*when of appeal should be taxed against appellant.* Costs of appeal should be taxed against appellant where the judgment is reversed on the record and pleadings and judgment are not abstracted.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.